UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA


UNITED STATES OF AMERICA,

    Plaintiff,

                                       Case No. 3:26CR27-1

ROHAN LAMANTE BROADIE

    Defendant.

### APPOINTMENT ORDER

Appointment of counsel is made pursuant to the provisions of 18 U.S.C.§ 3006A. The appointment is contingent upon defendant submitting a CJA-23 financial form and a finding made by the Court that defendant is deemed indigent and entitled to said appointment of counsel.

Accordingly, it is **ORDERED** Nicholas J. Compton**,** Assistant Federal Public Defender for the Northern District of West Virginia, Burke & Herbert Bank Building, 651 Foxcroft Avenue, Ste. 202, Martinsburg, West Virginia 25401, Telephone No. (304) 260-9421, is hereby APPOINTED to represent the defendant in this action. The Clerk is directed to forward a copy of this Order to the defendant, the Office of the Federal Public Defender, United States Attorney, United States Probation, and the United States Marshals Office.


DATED: 6-2-2026


ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE