IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA


UNITED STATES OF AMERICA,
      Plaintiff

V.                            CRIMINAL ACTION NO. 3:26CR27


TRACI-ANN SIMONE WARDT,
      Defendant.


## DEFENDANT'S MOTION TO CONTINUE DETENTION HEARING

Comes now, the defendant, Traci-Ann Simone Ward, through counsel, De'Andra Burton, moving this Court for a continuance of the previously scheduled detention and initial appearance hearing of June 8, 2026, to June 11, 2026, in the above-captioned case. In support of the instant motion, the defendant relies upon the following grounds:

1. Counsel is unavailable on June 8, 2026.
2. That AUSA Lara K. Omps-Botteicher is agreeable to said continuance.
3. The parties are available for hearing on June 11, 2026, at 11:00 a.m.


WHEREFORE, based on the foregoing, this Court is respectfully requesting that the hearing be continued to June 11, 2026, at 11:00 a.m. or a later date at the convenience and discretion of the Court.

                                    Respectfully submitted,

                                    Traci-Ann Simone Ward
                                    Defendant

By:/s/De'Andra Burton
De'Andra Burton,
Attorney at Law
P.O. Box 1197
Morgantown, West Virginia 26507

Phone:(304)292-6228.
Facsimile:(304) 292-4717
Deand11@hotmail.com


<u>CERTIFICATION OF SERVICE</u>

This is to certify that on the 4th day of June 2026, a true copy of the foregoing DEFENDANT'S MOTION TO CONTINUE HEARING:

Lara K. Omps-Botteicher

<u>By:/s/De'Andra Burton</u>
De'Andra Burton,
Attorney at Law
P.O. Box 1197
Morgantown, West Virginia 26507
Phone:(304)292-6228.
Facsimile:(304) 292-4717
Deand11@hotmail.com